Barak J. Berlin (SBN: 216115)
Law Offices of Barak Berlin
27349 Jefferson Ave, Ste 208
Temecula, CA 92590
Telephone: (951) 296-6188
Facsimile: (951) 296-6187
Barak@BerlinLawGroup.com

Craig B. Friedberg (SBN: 127303)
Law Offices of Craig B. Friedberg, Esq.
4760 South Pecos Road, Ste 103
Las Vegas, NV 89121
Telephone: (702) 435-7968
Facsimile: (702) 946-0887
Email: attcbf@cox.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAMES ALLEE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PERSOLVE, LLC d/b/a ACCOUNT RESOLUTION ASSOCIATES, et. al.,<br><br>　　　　Defendants. | Case No. 5:14-cv-01042-DMG-MRW<br>Hon. Dolly M. Gee<br><br>**STIPULATION OF PLAINTIFF JAMES ALLEE AND DEFENDANT PERSOLVE, LLC d/b/a ACCOUNT RESOLUTION ASSOCIATES, TO DISMISS THE CASE WITH PREJUDICE**<br><br>Action Filed:　　　November 17, 2014 |

IT IS HEREBY STIPULATED by and between Plaintiff James Allee and Defendant Persolve, LLC d/b/a Account Resolution Associates that pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), Defendant Persolve, LLC d/b/a Account Resolution Associates is dismissed from Plaintiff's civil action, and all causes of action contained therein, with prejudice.

It is further stipulated by and between Plaintiff and Defendant that each party to this stipulation is to bear its own expenses, costs, and attorney fees with regard to this action.

IT IS SO STIPULATED:

Date: July 2, 2015              /s/ Barak J Berlin
                                Barak J. Berlin
                                Craig Friedberg
                                Attorneys for Plaintiff James Allee


Date: July 2, 2015              /s/ Edit Alexandryan
                                Edit Alexandryan
                                Attorney for Defendant Persolve, LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case 5:14-cv-01042-DMG-MRW   Document 28   Filed 07/17/15   Page 3 of 3   Page ID #:105