JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALLEE,<br><br>    Plaintiff,<br><br>    vs.<br><br>PERSOLVE, LLC d/b/a ACCOUNT RESOLUTION ASSOCIATES, et. al.,<br><br>    Defendants. | Case No.: ED CV 14-1042-DMG (MRWx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [28]** |

UPON THE STIPULATION OF PLAINTIFF JAMES ALLEE AND DEFENDANT PERSOLVE, LLC d/b/a ACCOUNT RESOLUTION ASSOCIATES, the Court hereby ORDERS as follows:

Defendant Persolve LLC, d/b/a/ Account Resolution Associates, is dismissed from this action with prejudice.  Plaintiff James Allee and Defendant Persolve LLC, d/b/a/ Account Resolution Associates shall bear their own expenses, costs, and attorney's fees with regard to this action.  The action is dismissed and all scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED**.
DATED:  July 20, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE